JS-6

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

Case No.  CV 16-04026-AB (SSx)

11

Classical Silk Inc

12

Plaintiff,

ORDER DISMISSING CIVIL ACTION

13

v.

14

R.D. International Style Collections
U.S. Ltd. et al

15

16

Defendants.

17
18

THE COURT having been advised by counsel that the above-entitled action has been settled;

19
20

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45  days,** to re-open the action if settlement is not consummated.   This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

21
22
23
24
25

Dated:  August 23, 2016

_____

26

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

27
28

1.